IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARLENE ROBINSON | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE | : | NO.  12-4214 |

O R D E R

AND NOW, this 5th day of December, 2013, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski and upon review of the briefs filed by the parties, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's request for review is DENIED;

3. Judgment is entered in this matter in favor of DEFENDANT.

                                        *s/Thomas N. O'Neill, Jr.*
                                        THOMAS N. O'NEILL, JR.,     J.